| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☒ Debtor appearing without an attorney<br>☐ Attorney for Debtor(s) | *FILED 2017 JUN 29 AM 9:55 U.S. BANKRUPTCY DISTRICT OF SOUTH CAROLINA* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| In re:<br><br>Nelson Leon Bruce<br><br>Debtor(s). | CASE NO.: 17-02941-jw<br>CHAPTER: 13<br><br>**DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**<br>(with supporting declaration)<br>[FRBP 1007(c), LBR 1007-1(b)] |
|---|---|

1. The Debtor requests an extension of time under FRBP 1007(c) and LBR 1007-1(b) to file the following:

   ☒ One or more schedules (A – J)    ☒ Chapter 13 Plan    ☒ Statement of Financial Affairs
   ☒ Statement of Current Monthly Income (B 22A, B 22B, B 22C)
   ☒ Debtor's Certification of Employment Income
   ☐ Other (specify):

**Note**: Do not use this form to request an extension of time to obtain the credit counseling required under 11 U.S.C. § 109 (h)(1). If the Debtor did not obtain credit counseling before filing the petition, any requests for an extension of time to satisfy the requirement must be made with a certification of exigent circumstances explaining the reason(s) for such a request.

2. Date bankruptcy case filed: 6/13/2017

3. Date of § 341(a) meeting of creditors: 7/18/2017

4. Debtor requests extension to and including (extension deadline) (date): 6/27/2017

5. Declaration regarding the reason(s) for extension (*explain*):

   Debtor has not had time to meet with the attorney that was recommended and was not able to schedule a meeting with them until 6/28/2017 to determine rather a chapter 13 is right for the debtor or if it needs to be converted to a different chapter. Debtor requests a 5-10 day extension to have all remaining documents filed within the court.

I certify that the foregoing is accurate

| 6-27-2017 | *Nelson L. Bruce* | | |
|---|---|---|---|
| Date | Signature of Debtor | Date | Signature of Joint Debtor, if applicable |

