# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: **17-02941-jw**

## ORDER

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**07/07/2017**



Entered: 07/07/2017

*John E. Waites*

US Bankruptcy Judge   ©
District of South Carolina

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| IN RE: | CHAPTER 13 |
|---|---|
| Nelson Leon Bruce | CASE NO: 17-02941-JW |
| Debtor(s). | ORDER DISMISSING CASE ON MOTION OF DEBTOR(S) |

This matter is before the Court on a motion to dismiss pursuant to 11 U.S.C. § 1307(b) filed by Nelson Leon Bruce.

IT IS ORDERED that:

1. The case of Nelson Leon Bruce is dismissed; and

2. Any fees due to the Clerk of Court pursuant to 28 U.S.C. § 1930 and the appendix thereto, shall be paid within ten (10) days of the entry of this Order, unless otherwise ordered by the Court.

AND IT IS SO ORDERED.