# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–2 | User: stalvey | Date Created: 7/7/2017 |
| Case: 17–02941–jw | Form ID: pdf01 | Total: 11 |

**Recipients of Notice of Electronic Filing:**
ust    US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
tr    James M. Wyman    13info@charleston13.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Nelson Leon Bruce    PMB 144 Pavilion Street    Summerville, SC 29483
cr    PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541
543235194    BANK OF AMERICA NA    4909 SAVARESE CIR FL 190    TAMPA FL 33634
543235195    BARCLAYS BANK DELAWARE    PO BOX 8803    WILMINGTON DE 19899
543238233    Capital Return Investments, LLC    1605 Central Avenue, Ste 6 #167    Summerville, SC 29483
543235196    PENTAGON FEDERAL CR UN    PO BOX 1432    ALEXANDRIA VA 22331
543235192    PENTAGON FEDERAL CREDIT UNION (PEN FED)    PO BOX 1432    ALEXANDRIA VA 22331
543235802    PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541
543235193    STATE OF SOUTH CAROLINA    COUNTY OF DORCHESTER    5200 EAST JIM BILTON BLVD    ST GEORGE SC 29477

TOTAL: 9