## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

IN RE:

**NELSON LEON BRUCE**  **CASE NO.: 17-02941-jw**
  **CHAPTER**: 13

**Debtor.**
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW, **ALBERTELLI LAW,** attorneys for **WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST C,** hereby enters its *Notice of Appearance* in the above-styled action. In accordance with Rule 2002 of the Bankruptcy Rules the undersigned requests notice for the following notice in this case.

- Property Address: 144 Pavilion Street, Summerville, South Carolina 29483
- Last Four Digits of Loan Number: 4554

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

/s/ William S. Koehler
William Koehler
Bar# 9912
1201 Main St., Suite 1450
Columbia, SC 29201
Email: wkoehler@alaw.net
Tel: 803-828-0880.  Fax 803-828-0881

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

ALAW FILE NO. 17-015809

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July, 2017, I served a copy of the foregoing upon:

**SERVICE LIST**

Nelson Leon Bruce
PMB 144 Pavilion Street
Summerville, SC 29483

James M. Wyman
PO Box 997
Mount Pleasant, SC 29465

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street
Suite 953
Columbia, SC 29201

/s/ William S. Koehler
William Koehler
Bar# 9912
1201 Main St., Suite 1450
Columbia, SC 29201
Email: wkoehler@alaw.net
Tel: 803-828-0880.  Fax 803-828-0881

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

ALAW FILE NO. 17-015809