Affidavit of Fact- Financial Statement

Fee Waiver To Be Heard

(Exercise of Constitutional I Treaty –Secured Right)

FILED
2017 AUG 21  PM 12: 20
U.S. BANKRUPTCY
DISTRICT OF SOUTH CAROLINA

Date: July 20, 2017
Certified Mail #: 7016 3560 0001 0873 0760

From:  Nelson L. Bruce, Authorized Representative
Natural Person, In Propria Persona, Sui Juris
All Rights Reserved and Retained: U.C.C. 1-207/1-308, 1-103.6
c/o PMB 144 Pavilion Street
Summerville, South Carolina 29483

Case #: 17-02941-JW

To:  UNITED STATES BANKRUPTCY COURT DISTRICT OF SOUTH CAROLINA
Attn: Honorable John E. Waites
1100 Laurel Street
Columbia, SC 29201

Notice of Judges and Officials' Oath- Bound Obligations and Fiduciary Duties

Article VI
"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

Article 1, Section X
"All debts shall be payable in gold or silver coin"

Amendment V
"No Person shall be deprived of due process of law"

I Affirm, for the Record, that I Nelson L Bruce, In Propria Persona, Sui Juris, a U.S.C. Title 15 "Natural Person," Authorized Representative, do not have, or possess, any gold or silver coins, as prescribed by United States Constitution Law, which is the lawful money to pay the restricting demands, conditionally commanded by Employees and Contractors of the Court. The said restrictions (unconstitutional) are arbitrarily (hindering Due Process) and imposed for processing these Documents, as stipulated in the United States Constitution noted above. Therefore, I submit this Writ "In Forma Pauperis," being an enjoyment and exercise of my unconditional and constitutionally - Secured Rights (and not a feudal fee - burdened privilege) to timely and speedily enforce Due-Process of Law, as noted above.

(It states nothing about motioning a court to pay a fee- This is a Constitutional Exercise of a "Right" not a "Privilege")

Your demand for a "Fee" or the remaining fee for filing a "Petition" is used as to deny me due process of law and my right to free access to the courts. I introduce evidence in the form of an Affidavit of Fact and marked as

Page 1 of 2

ALL RIGHTS RESERVED WAIVING NONE

Evidence. If someone in the courts tamper with that evidence, which is a Federal Violation, and misrepresented it as an assumption that permission must be requested to exercise my Constitutional Rights and an exercise of a right is a Constitutional Right, not a Request and this office knows that. This is a direct violation of my "Secured Constitutional / Treaty Rights which is the Supreme Law of the Land and "Stare Decisis" and a violation of your "Oath of Office". Furthermore as there is no law as prescribed in the United States Constitution stating a "Financial Statement, "Financial Fee (Feudal Law)", or a "Petition" requesting permission must be submitted with a Fee in order to exercise my Constitutional Rights, your demand is a violation of Amendment IX of the United States Constitution and a violation of your fiduciary duties.

Amendment IX
"The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people"

Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

As an Officer(s) of the Court, you and your assigns are bound (**or have taken**) a solemn Oath (**See Article VI**) to uphold and Support the Constitution for the United States Republic. Refusal of this' Affidavit of Financial Statement' is construed to deny me timely 'Due Process' and will be a **'Colorable Act'** to violate my secured exercise of a Right. Such an act and imposition is a violation of your Official Oath of office. This can result in additional lawful remedy actions filed against those violating Officers of the Court, Under **Title 18 and Title 42**, in their official and private capacities. The Law always gives a remedy for the people against **color of law actions** committed by those who violate their Oaths of Office colluding to abridge the Rights secured for the **Natural Beings** and the citizens.

I respectfully, with 'Good Faith' and with Honor, by right to unhindered Due-Process, submit this 'Affidavit of Financial Statement' and Evidence.

"Without Prejudice"

Nelson L. Bruce, Natural Person, In Propria Persona, Sui Juris
All Rights Reserved and Retained: U.C.C. 1-207/1-308, 1-103.6
c/o PMB 144 Pavilion Street
Summerville, South Carolina 29483

_[signature]_ 7-20-17
Notary Public Signature:    Date:

_Veronica Hiott_
Notary Public Print:
MY COMMISSION EXPIRES MARCH 13, 2023
My Commission Expires:

(SEAL)

ALL RIGHTS RESERVED WAIVING NONE

Nelson L. Bruce
c/o PMB 144 Pavilion Street
Summerville, South Carolina 29483

CHARLESTON SC 294
17 AUG 2017 PM 3 T



UNITED STATES BANKRUPTCY COURT DISTRICT OF SC
Attn: Nicole Staley
1100 Laurel Street
Columbia, SC 29201

