OFFICE OF THE CLERK

# UNITED STATES BANKRUPTCY COURT

| | | |
|---|---|---|
| Laura A. Austin<br>Clerk of Court | DISTRICT OF SOUTH CAROLINA<br>J. BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE<br>1100 LAUREL STREET<br>COLUMBIA, SOUTH CAROLINA 29201-2423 | TELEPHONE (803)765-5436<br>www.scb.uscourts.gov |

## NOTICE

DATE:   April 11, 2018

TO:   Nelson Bruce
      PO Box 3345
      Summerville  sC  29483

The Bankruptcy Court is in receipt of your correspondence dated March 30, 2018. The Bankruptcy Court does not report the records of the Court to any credit bureau. Pursuant to 11 U.S.C. § 107(a), all documents filed in a bankruptcy case are public records, unless otherwise ordered. More information about credit reporting is available through the Federal Trade Commission at 202-326-2222 or www.ftc.gov.

Any request concerning a bankruptcy on your credit report should be directed to the credit reporting agencies. You may contact the credit reporting agencies directly at:

Equifax - www.equifax.com/ 1-800-685-1111
Experian - www.experian.com/ 1-888-397-3742
TransUnion - www.transunion.com/ 1-800-916-8800

Copies of any documents filed with the Bankruptcy Court may be obtained by written request indicating the specific documents that you require accompanied by a self-addressed stamped envelope. The charge for copies is $0.50 per page. You will need to contact the Court at 803-765-5045 to determine the correct amount to send. Remittance should be in the form of cash, a certified check or a United States Postal Service money order.

All employees of this office are prohibited from giving legal advice, and therefore, are not permitted to respond to questions you may have that seek legal advice. Should you need further guidance, you may wish to consult an attorney.

Laura A. Austin, Clerk of Court
United States Bankruptcy Court

BY: *[signature]*
S. Greene, Deputy Clerk