OFFICE OF THE CLERK

# UNITED STATES BANKRUPTCY COURT

Laura A. Austin
Clerk of Court

DISTRICT OF SOUTH CAROLINA
J. BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE

TELEPHONE 803-765-5436
www.scb.uscourts.gov

1100 LAUREL STREET
COLUMBIA, SOUTH CAROLINA 29201-2423

---

August 24, 2021

Nelson Bruce
PO Box 3345
Summerville, SC 29484

RE:     In re Nelson Bruce
        Bankr. Case No. 17-02941-JW

Dear Nelson Bruce:

We are in receipt of your correspondence dated August 19, 2021. The Bankruptcy Court does not report the records of the Court to any credit bureau. Pursuant to 11 U.S.C. §107(a), all documents filed in a bankruptcy case are public records, unless otherwise ordered. More information about credit reporting is available through the Federal Trade Commission at 202-326-2222 or www.ftc.gov.

Any request involving the removal of a bankruptcy from your credit report should be directed to the credit reporting agencies. You may contact the credit reporting agencies directly at:

Equifax - www.equifax.com/ 1-800-685-1111
Experian - www.experian.com/ 1-888-397-3742
TransUnion - www.transunion.com/ 1-800-916-8800

Copies of any documents filed with the Bankruptcy Court may be obtained by written request indicating the specific documents that you require accompanied by a self-addressed stamped envelope. The charge for copies is 50¢ per page. You will need to contact the Court at 803-765-5045 to determine the correct amount to send. Remittance should be in the form of postal money order.

All employees of this office are prohibited from giving legal advice, and therefore, are not permitted to respond to questions you may have that constitute legal advice. Should you need further guidance, you may wish to consult an attorney.

Laura A. Austin, Clerk of Court
United States Bankruptcy Court
BY: _____
S. Montgomery, Deputy Clerk